# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **DAVID E. DAUBENMIRE,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | Case No: 2.04-CV-01105 |
| | : | |
| v. | : | **JUDGE MARBLEY** |
| | : | |
| **CITY OF COLUMBUS,** *et al.* | : | **MAGISTRATE JUDGE KEMP** |
| | : | |
| Defendants. | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That the Court **GRANTS** Defendants' Motion for Summary Judgment pursuant to the October 24, 2008 Opinion and Order. This action is hereby DISMISSED.

Date: **October 24, 2008**          **James Bonini, Clerk**

                                                            s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk